EAST BATON ROUGE PARISH
Filed Jun 14, 2021 11:56 AM
Deputy Clerk of Court
FAX Received Jun 07, 2021

C-708443
26

## 19ᵀᴴ JUDICIAL DISTRICT COURT

## PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

**CASE NO. 708443 DIV 26**                                    **DIV:**

### FAMILY VALUES RESOURCE INSTITUTE, INC.

### VERSUS

### THE STATE OF LOUISIANA, THROUGH THE DEPARMENT OF CHILDREN AND FAMILY SERVICES,
### AND
### THE STATE OF LOUISIANA, THROUGH THE DIVISION OF ADMINISTRATION, OFFICE OF STATE PROCUREMENT

**FILED:** _____            _____
                                                        **DEPUTY CLERK**

---

### PETITION FOR DAMAGES

The petition of Family Values Resource Institute, Inc. ("FVRI"), a domestic non-profit corporation whose domicile address is located within the Parish of East Baton Rouge, who files this Petition for Damages, and respectfully represents as follows:

1.

Made Defendants herein are:

A. The State of Louisiana, Through the Department of Children and Family Services, a Louisiana state agency ("DCFS"); and

B. The State of Louisiana, Through the Division of Administration, Office of State Procurement, a Louisiana state agency ("State Procurement").

2.

On or about July 1, 2012, FVRI and DCFS entered into a contract agreement for a period of three years. FVRI's contract with DCFS was extended from July 1, 2015 through February 29, 2016. The contract was then extended from March 1, 2016 through February 28, 2017, for the amount of $531,556.00. However, on February 22, 2016, Dora Thomas, DCFS Program Manager, informed FVRI that the contract between DCFS and FVRI would be terminated on February 29, 2016, and that the Alternative to Abortion funding was permanently ending.

Certified True and Correct Copy
CertID: 2021061400858

Myrikle Rosette

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/14/2021 12:51 PM

3.

To the contrary, in February of 2016, FVRI's contract was extended again from March 1, 2016 through June 30, 2016 for $176,400.00. This was said to be an emergency contract extension. In March 2016, FVRI was informed that its award was being reduced from $176,400.00 to $167,580.00.

4.

DCFS disallowed over $47,000.00 in reimbursement of funds expended by FVRI during the emergency fund contract period beginning on March 1, 2016, and ending on June 30, 2016, leaving FVRI no choice but to file a complaint with the Office of Administration seeking payment of the expended funds.

5.

On or about July 7, 2017, DCFS settled the matter with FVRI. The amount and terms are not disclosed due to a confidentiality clause contained in the settlement agreement.

6.

After the settlement agreement, DCFS has consistently failed to timely reimburse FVRI for amounts expended, and unfairly and inequitably scrutinized FVRI submissions to the agency. FVRI has reason to believe that no other contractors have endured the difficulties and hostility that it has endured, while working with DCFS to provide a service that is desperately needed in Louisiana communities.

7.

Under its contract with FVRI in the year 2020, DCFS continued to arbitrarily disallow reimbursement of funds expended by FVRI. This resulted in financial harm to FVRI.

8.

DCFS refuses to reimburse costs expended by FVRI for the contract period beginning July 1, 2020, ending September 30, 2020. The amount of reimbursement that is due and owing to FVRI, but which has been denied by DCFS, is $         .

*Myrikh Rosette*


Certified True and
Correct Copy
CertID: 2021061400858

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/14/2021 12:51 PM

9.

After the settlement agreement, DCFS made no substantive changes to its staff, allowing those at DCFS who were embarrassed by the filing of FVRI's complaint to retaliate against the organization.

10.

DCFS has systemically discriminated and/or retaliated against FVRI based on the race of its leadership, which is all African-American (or Black), as well as the previous litigation DCFS had to undergo with FVRI.

11.

On July 30, 2012, FVRI, after submitting a proposal to a DCFS Request for Proposal ("RFP"), was notified by DCFS that it was selected for funding.

12.

Shortly thereafter a Caucasian run organization submitted a protest to FVRI's selection. DCFS issued a new RFP and selected the Caucasian run organization and FVRI for funding. The Caucasian run organization received the vast amount of the funding.

13.

In October 2019, FVRI submitted a proposal in response to RFP #3000012998. On December 30, 2019, FVRI received a letter from DCFS stating that The Desormeaux Foundation had been selected to receive the funding award.

14.

FVRI and another applicant timely filed a protest. On February 21, 2020, the State Chief Procurement Officer issued a decision remanding the matter back to DCFS, ordering a new evaluation team to be selected to re-evaluate the proposals.

15.

In August 2020, DCFS issued a letter stating that Caring to Love Ministries and The Desormeaux Foundation had been selected to receive the funding awards. FVRI appealed the matter to no avail.


Certified True and Correct Copy
CertID: 2021061400858

*Myrikle Rosette*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/14/2021 12:51 PM

16.

FVRI has successfully administered grant funding through state grants for over 15 years. DCFS has no legal grounds or justification for its failure to include FVRI in the funding award.

17.

The Division of Administration, Office of State Procurement ("OSP"), is liable to FVRI for failing to ensure that DCFS had proper procedures in place to ensure that the selection process under RFP #3000012998 would be void of bias, retaliation, and/or discrimination. OSP had an opportunity to remedy and/or ameliorate the faulty selection processes and procedures utilized by DCFS on February 21, 2020, but failed to take such action. This caused harm to FVRI.

18.

As a direct and proximate result of the acts of Defendants, FVRI suffered:

   a. Retaliation that caused FVRI to be arbitrarily excluded from being approved for funding under RFP #3000012998;

   b. Racial bias and discrimination in violation of the United States Constitution and the Louisiana State Constitution of 1974 that caused FVRI to be arbitrarily excluded from being approved for funding under RFP #3000012998;

   c. A violation of its constitutional rights under the United States Constitution and the Louisiana State Constitution of 1974, by not affording FVRI the same substantive and procedural due process protections under law as applicants and awardees owned by Caucasians;

   d. A violation of its constitutional rights under the United States Constitution and the Louisiana State Constitution of 1974, by not affording FVRI protection under the Equal Protection aspects of the law as were provided to applicants and awardees owned by Caucasians;

   e. Financial Harm by way of loss revenue, as well as the incurrence of monetary expenses to protect the rights of FVRI, its officers and board members; and

   f. Emotional Distress of the operators and employees of FVRI.



Certified True and Correct Copy
CertID: 2021061400858

East Baton Rouge Parish
Deputy Clerk of Court

*Myrikh Rosette*

Generated Date:
6/14/2021 12:51 PM

19.

Additionally, officers and board members of FVRI have suffered emotional distress as a result of DCFS' persistent discrimination, retaliation, and disparate treatment of the organization, its officers, and its board members.

20.

At all relevant times, Defendants were acting under the color of law and under the authority of the established government of the State of Louisiana.

21.

Given the actions of the Defendants herein, the Defendants are jointly and severally liable unto FVRI for all damages owed to FVRI, including damages for any and all monetary losses incurred by FVRI.

22.

Plaintiff further represents that venue is proper in this matter under La. C.C.P. arts. 73 and 74, as the harm that was caused to FVRI occurred in East Baton Rouge Parish and the Louisiana state agencies being sued herein are domiciled in East Baton Rouge Parish.

23.

Family Value Resource Institute, Inc. hereby reserves the right to proceed in suit against any person, persons, or juridical entity who (that) may be deemed to have fault or liability for the injuries and damages sustained by Family Values Resource Institute, Inc. (as well as its officers and board members) during and/or as a result of the acts of harm that are alleged herein.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

*Myrikle Rosette*


Certified True and Correct Copy
CertID: 2021061400858

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/14/2021 12:51 PM

**WHEREFORE,** Family Values Resources Institute, Inc. prays that the Defendants be served with certified copies of this petition and duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of Plaintiff and against the Defendants in an amount reasonable for the injuries and losses sustained by Plaintiff, including for all past, present, and future damages, together with legal interest from date of judicial demand and for all costs incurred, and for all general and equitable relief, and for any and all orders of the Court necessary under the circumstances.

**RESPECTFULLY SUBMITTED,**

By: _____
Michael L. Tyler, Bar Roll No. 29463
2321 Drusilla Lane, Suite D
Baton Rouge, Louisiana 70809
Telephone: (225) 922-4489 Ext. 228
Facsimile: (888) 841-8061
E-mail: tylerfirm@gmail.com
*Attorney for the Plaintiff*

By: _____
Mesa B. Jefferson, Bar Roll No. 30567
8550 United Plaza Blvd., Suite 702
Baton Rouge, Louisiana 70809
Telephone: (225) 706-8447
Facsimile: (225) 612-6592
E-mail: mj@lawfirmofmesabjefferson.com
*Attorney for the Plaintiff*

**PLEASE SERVE:**

1. **Department of Children and Family Service**
Through Secretary Marketa Garner Walters
627 N. 4th Street
Baton Rouge, LA 70802

And

2. **Division of Administration, Office of State Procurement**
Through Commissioner Jay Dardenne
1201 N. 3rd Street
Baton Rouge, LA 70802

And

3. Attorney General Jeff Landry
Louisiana Dept. of Justice
1885 N. 3rd Street
Baton Rouge, LA 70809

Myrihh Rosette



Certified True and Correct Copy
CertID: 2021061400858

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date: 6/14/2021 12:51 PM

EAST BATON ROUGE PARISH
Filed Jun 14, 2021 11:56 AM   C-708443
Deputy Clerk of Court            26
FAX Received Jun 07, 2021

# 19TH JUDICIAL DISTRICT COURT
## PARISH OF EAST BATON ROUGE
## STATE OF LOUISIANA

CASE NO.                                                                DIV:

**FAMILY VALUES RESOURCE INSTITUTE, INC.**

**VERSUS**

**THE STATE OF LOUISIANA, THROUGH THE DEPARMENT OF CHILDREN AND FAMILY SERVICES,
AND
THE STATE OF LOUISIANA, THROUGH THE DIVISION OF ADMINISTRATION, OFFICE OF STATE PROCUREMENT**

FILED: _____

_____
DEPUTY CLERK

---

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the State of Louisiana, personally came and appeared   Barbara J. Thomas, being the Executive Director of Family Values Resource Institute, Inc., who, after first being duly sworn and deposed, stated that the allegations contained in the above and foregoing Petition are true and correct, to the best of his knowledge, information and belief.

_Barbara J. Thomas_
Barbara J. Thomas

SWORN TO AND SUBSCRIBED before me, at Baton Rouge, Louisiana, this 7th of June, 2021.

_Mona Brown Jefferson_
Notary Public
Bar Roll# 30567



Certified True and
Correct Copy
CertID: 2021061400859

Myrikle Rosette

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/14/2021 12:51 PM

**SERVICE COPY**



D6815989

# CITATION

| | |
|---|---|
| FAMILY VALUES RESOURCE INSTITUTE, INC.<br>(Plaintiff) | NUMBER C-708443   SEC. 26 |
| | 19th JUDICIAL DISTRICT COURT |
| VS | PARISH OF EAST BATON ROUGE |
| THE STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL<br>(Defendant) | STATE OF LOUISIANA |

**TO:   DIVISION OF ADMINISTRATION OFFICE OF STATE PROCUREMENT**
**THROUGH COMMISSIONER JAY DARDENNE**
**1201 N. 3RD STREET**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 14, 2021.**



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: TYLER, MICHAEL L**
**(225) 922-4489 EXT. 228**

*The following documents are attached:
**PETITION FOR DAMAGES, VERIFICATION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____
TOTAL:   $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED

JUN 17 2021

E B R SHERIFF'S OFFICE

**SERVICE COPY**     

JUN 2 1 2021

DCFS GENERAL COUNSEL



**D6815948**

# CITATION

| | |
|---|---|
| **FAMILY VALUES RESOURCE INSTITUTE, INC.** (Plaintiff) | **NUMBER C-708443   SEC. 26** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF EAST BATON ROUGE** |
| **THE STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL** (Defendant) | **STATE OF LOUISIANA** |

**TO:   THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES**
      **THROUGH SECRETARY MARKETA GARNER WALTERS**
      **627 N. 4TH STREET**
      **BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 14, 2021.**



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: TYLER, MICHAEL L**
                              **(225) 922-4489 EXT. 228**

*The following documents are attached:
**PETITION FOR DAMAGES, VERIFICATION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE $_____
MILEAGE $_____                        Deputy Sheriff
TOTAL: $_____                        Parish of East Baton Rouge

**CITATION-2000**

RECEIVED

JUN 1 7 2021

EBR SHERIFF'S OFFICE

**SERVICE COPY**



**D6815955**

# CITATION

**FAMILY VALUES RESOURCE INSTITUTE, INC.**
(Plaintiff)

**VS**

**THE STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL**
(Defendant)

**NUMBER C-708443   SEC. 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   ATTORNEY GENERAL
JEFF LANDRY, LOUISIANA DEPARTMENT OF JUSTICE
1885 N. 3RD STREET
BATON ROUGE, LA 70809**



RECEIVED BY THE ATTORNEY GENERAL'S OFFICE
DATE: 6/21/21   TIME: 10:10 AM
BY: J. Richardson

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 14, 2021.**



Myrihle Rosette

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: TYLER, MICHAEL L
(225) 922-4489 EXT. 228**

*The following documents are attached:
**PETITION FOR DAMAGES, VERIFICATION**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

———————————————
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000



RECEIVED
JUN 17 2021
EBR SHERIFF'S OFFICE