UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FAMILY VALUES RESOURCE INSTITUTE, INC. | CIVIL ACTION |
| VERSUS | NO. 21-415-JWD-RLB |
| STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL. | |

## ORDER

This matter is before the court on an Order (R. Doc. 11) setting a scheduling conference for October 14, 2021 at 2:00 p.m.

In light of the pending Motions to Dismiss (R. Docs. 6 and 7) and the particular arguments raised therein, the scheduling conference set for October 14, 2021 is **CANCELLED**. The parties are instructed to contact the undersigned immediately upon a ruling by the District Judge on those pending motions so that appropriate orders may be issued at that time.

Signed in Baton Rouge, Louisiana, on October 4, 2021.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE